IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HENRY MEYER "KIMO" FIELD, JR., <br><br> Plaintiff(s), <br><br> vs. <br><br> K-SEA TRANSPORTATION PARTNERS LLC ; RICHARD FALCINELLI; JAMES PONTIN; JIM BROWN, <br><br> Defendant(s). | CIVIL NO.  12-00005 ACK-KSC |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 1, 2012 and served on all parties on March 01, 2012 and March 02, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Deny Plaintiff's Motion for Default Judgment" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 27, 2012.



_____
Alan C. Kay
Sr. United States District Judge

Civ. No. 12-0005 ACK-KSC: Order Adopting Magistrate Judge's Findings and Recommendation.